| Attorney or Party without Attorney: <br> Michael Cosentino, Attorney at Law <br> P.O. Box 129 <br> Alameda, CA 94501 <br> Telephone No: 510-523-4702    FAX No: 510-747-1640 | | | | For Court Use Only <br><br> **FILED** <br><br> AUG 2 1 2008 <br><br> RICHARD W. WIEKING <br> CLERK U.S. DISTRICT COURT, <br> NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| | | Ref. No. or File No.: <br> 83253 | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | | | |
| Plaintiff: United States of America, et al <br> Defendant: Julie McElhaney, et al | | | | |
| **PROOF OF SERVICE** <br> **S&C** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV083252 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. Party served:               Julie McElhaney
   b. Person served:            party in item 3.a., White, Female, 35 Years Old, Red/Brown Hair, Green Eyes, 5 Feet 4 Inches, 200 Pounds

4. Address where the party was served:   18690 Spyglass Road
                                          Hidden Valley Lake, Ca 95461

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 01, 2008 (2) at: 6:23PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. Susan Stutsman

   LEGAL EXPRESS LTD.
   1831 HARTMAN LN.
   P.O. BOX 808001
   PETALUMA, CA 94975-8001
   PHONE 707-765-6765
   FAX 707-765-6762

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $85.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:      42
      (iii) County:                Lake
      (iv)  Expiration Date:       Sun, Oct. 12, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Aug. 04, 2008                                          (Susan Stutsman)

Judicial Council Form POS-010          PROOF OF SERVICE                           cosent.164044
Rule 2.150.(a)&(b) Rev January 1, 2007      S&C